1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA, ) Case No.99cr1117 AJB
)
13 |           Plaintiff, )
| v. ) ORDER AND JUDGMENT
14 | ) DISMISSING INDICTMENT AND
| ALFRED GONZALEZ, ) RECALLING ARREST WARRANT
15 | )
|           Defendants. )
16 | _____ )

17      Upon application of the United States Attorney, and good cause appearing;

18      IT IS HEREBY ORDERED that the indictment in the above captioned case

19 against defendant ALFRED GONZALEZ, is dismissed without prejudice; and,

20      IT IS FURTHER ORDERED that the outstanding arrest warrant for ALFRED

21 GONZALEZ, be recalled and judgment entered.

22      IT IS SO ORDERED.

23

24 DATED: April 3, 2013

25                        _____

26                        Hon. Anthony J. Battaglia
                            U.S. District Judge

27

28